IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IMAGIGADGET, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16 cv 1896 |
| | ) | |
| v. | ) | Hon. _____ |
| | ) | |
| SUNCHASER PRODUCTS, LLC, a dissolved Oregon limited liability company d/b/a BELLA D'VINE, SUNCHASER PRODUCTS LLC, a Washington limited liability company d/ba BELLA D'VINE, CHRIS DEWALD, an individual, and STACEY DEWALD, an individual, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendants, Sunchaser Products, LLC, Chris DeWald, and Stacey DeWald, (collectively "Defendants") by their counsel, Howard & Howard Attorneys, PLLC, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes to this Court the state court action styled *Imagigadet, Ltd. v. Sunchaser Products, LLC, et al.*, Case No. 2016-CH-00488, filed in Circuit Court of Cook County, Illinois, County Department, Chancery Division, and in support states:

1. On or about January 13, 2016, an action was commenced in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, titled *Imagigadet, Ltd. v. Sunchaser Products, LLC, et al.*, with Case No. 2016-CH-00488 (the "Action.") A copy of the Complaint is attached hereto as Exhibit A.

1

2. The Action is removable under 28 U.S.C. § 1441. This Court has original jurisdiction over the Action pursuant to 28 U.S.C. § 1331 because the Action contains a claim arising under the Constitution and the laws of the United States. Specifically, the Action contains two counts (Counts V and VI) under the Lanham Act, 15 U.S.C. §§ 1114 & 1125(a).

3. In Counts V and VI of the action, Plaintiff alleges, *inter alia*, that Defendants' use of Plaintiff's trademark violated the Lanham act through infringement and unfair competition.

4. This Court has supplemental jurisdiction over the non-federal claims based on Illinois state law.

5. The Complaint and a motion for a temporary restraining order, a copy of the motion attached hereto as Exhibit B, are, to Defendants' knowledge, the only pleadings and motions filed in this case to date.

6. Defendants have not been formally served with the Complaint but executed a waiver of service on or about January 19, 2016. Defendants were put on notice of the Complaint through counsel for Plaintiff e-mailing a copy to Defendants' prior counsel on January 13, 2016.

7. Removal is timely under 28 U.S.C. § 1446(b) because this Notice of Removal was filed within thirty days of Defendants' receipt of notice of the Complaint setting forth the claim for relief upon which such action or proceeding is based.

8. Defendants have not filed an Answer to Plaintiff's Complaint.

9. Removal of the Action to this Court is therefore appropriate under 28 U.S.C. § 1441.

10. As required by 28 U.S.C. § 1446(d), promptly upon filing of this Notice of Removal, Defendants will provide written notice to counsel for Plaintiff and will file a copy of this Notice of Removal in the Circuit Court of Cook County, Illinois, County Department, Chancery Division.

11. If any question arises as to the propriety of the removal of this action, Defendants request the opportunity to brief any disputed issues and to present oral argument in support of their position that this case is properly removable. Defendants further reserve the right to supplement this Notice of Removal and present additional arguments in support of their entitlement to Removal.

12. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of Defendants' right to assert any defense, counter-claims, motions or affirmative matter, including without limitation, the defenses of (1) lack of jurisdiction over the person; (2) improper venue; (3) insufficiency of process; (4) insufficiency of service of process; (5) failure to state a claim; or (6) any other procedural or substantive defense available under state or federal law. Further, no admission of fact, law, or liability is intended by this Notice of Removal.

WHEREFORE, Sunchaser Products, LLC, Chris DeWald, and Stacey DeWald, hereby remove this action, Case No. 2016-CH-00488, filed in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, to the United States District Court for the Northern District of Illinois.

Dated: February 3, 2016    Respectfully submitted,

HOWARD & HOWARD ATTORNEYS PLLC

　/s/ Joseph W. Barber　　　
Attorneys for Tech and Goods, Inc.

Joseph W. Barber (#6295828)
Howard & Howard Attorneys PLLC
200 South Michigan Avenue, Suite 1100
Chicago, IL 60604-2480
Tel: (312) 372-4000
Fax: (312) 939-5617
jwbarber@howardandhoward.com
*Attorneys for Defendants*

### **CERTIFICATE OF SERVICE**

The undersigned attorney, upon oath, hereby certifies that he served a copy of the foregoing <u>Notice of Removal</u> upon the following:

| | |
|---|---|
| Robert M. Dreger | Cook County Clerk of Court |
| Martin J. McKenzie | 50 W. Washington |
| LAW FIRM OF R.M. DREGER | Chicago, IL 60602 |
| 813 W. Randolph Street | |
| Suite 200 | |
| Chicago, IL 60607 | |
| rdreger@dregerlaw.com | |
| mjmckenzie@dregerlaw.com | |

by causing a true and correct copy thereof to be e-mailed and mailed UPS overnight on the 3rd day of February 2016.

　　　　　　　　　　　　　　　　　　　/s/ Joseph W. Barber　　　　　

4